1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7345
6   Fax: (916) 324-5205
    E-mail: Arthur.Mark@doj.ca.gov
7  *Attorneys for Defendants*
   *Macomber and Sivyer*

   Ashley R. Amerio (SBN 230469)
9  Stephen F. Davids (SBN 105097)
   Amerio Law Firm
10 1640 Lead Hill Blvd. Ste. 220
    Roseville, CA 95661
11 Telephone (916) 419-1111
   stephen@ameriolaw.com
12 *Attorneys for Plaintiff Ernesto Berrera*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **ERNESTO BERRERA,** | 2:15-cv-00610-KJM-EFB P |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY AND SCHEDULING** |
| v. |  |
| **J. SIVYER, et al.,** | Judge: The Honorable Edmund F. Brennan |
| Defendants. | Action Filed: March 18, 2015 |

Plaintiff Ernesto Berrera and Defendants Macomber and Sivyer (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

1. On October 26, 2017, the Court issued its Discovery and Scheduling Order in this case (ECF No. 47.) A stipulated extension of deadlines in this order was entered March 2, 2018. (ECF No. 50.) The current deadline for completion of discovery and filing motions to compel is

1

May 2, 2018. The current deadline for filing dispositive motions is July 2, 2018. No trial date has been set in this matter.

2. The parties have diligently conducted discovery to date, with Plaintiff and Defendants having propounded requests for production, interrogatories and requests for admissions to which the parties have responded. Defendants deposed Plaintiff on February 9, 2018, and Plaintiff deposed Defendant Sivyer on February 23, 2018.

3. The parties stipulate to additional time for completion of discovery and for filing motions to compel until June 4, 2018, and for additional time to file any dispositive motions until August 3, 2018, for the following reasons:

    a. On February 23, 2018, and March 29, 2018, Plaintiff's and Defendants' counsel met and conferred in person on Plaintiff's responses to Defendants' written discovery. The parties agreed that Plaintiff's responses to Defendants' written discovery are deficient, and Plaintiff agreed to provide further responses, including providing documents Plaintiff stated he had in his possession during his deposition. To date, Plaintiff has not produced any further responses as agreed, and while Plaintiff's counsel has attempted to resolve this issue with his client, attempts to date have not been fruitful.

    b. Plaintiff identified several inmate witnesses in responses to interrogatories, four of which are incarcerated at prisons remote from Sacramento. Defendants noticed the depositions of two inmate witnesses for March 29, 2018 at California State Prison Sacramento. One witness appeared, however the other refused. Defendants' counsel is attempting to secure the attendance of this witness voluntarily. In addition, additional time is needed to schedule and complete video conference depositions of the remaining identified inmate witnesses.

    c. Plaintiff is incarcerated and thus, meetings with his attorney require advance arrangements, and written communications can be made only via U.S. Mail.

    d. The parties agree that it is necessary to complete discovery before determining whether any dispositive motions are appropriate.

ACCORDINGLY, it is HEREBY STIPULATED AND AGREED as follows:

1. The Parties may conduct discovery, including the filing of any motions to compel, until June 4, 2018; and

2. The last date to file any dispositive motions shall be August 3, 2018.

DATED: April 23, 2018        Amerio Law Firm

By: */s/ Stephen F. Davids*
     STEPHEN F. DAVIDS FOR PLAINTIFF

DATED: April 23, 2018        XAVIER BECERRA
                             Attorney General of California
                             R. LAWRENCE BRAGG
                             Supervising Deputy Attorney General

By: */s/ Arthur B. Mark III*
     ARTHUR B. MARK III FOR DEFENDANTS

## [PROPOSED] ORDER

This matter having come before the Court on the parties' Stipulation to Modify the Discovery and Scheduling Order, and good cause appearing, the stipulation is GRANTED. The last date by which to conduct discovery and file motions to compel is extended until June 4, 2018. The last date by which to file dispositive motions is extended until August 3, 2018.

IT IS SO ORDERED.

DATED: April 26, 2018.

United States Magistrate Judge

SA2016102046
33365105.docx